United States District Court
Southern District of Texas
**ENTERED**
February 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LEEANN TIJERINA, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. 2:20-CV-00287 |
| | § |
| SUPPLEMENTAL SOCIAL SECURITY ADMINISTRATION, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On January 12, 2022, United States Magistrate Judge Jason B. Libby issued a "Memorandum and Recommendation" (M&R, D.E. 36), recommending that Plaintiff's brief, construed as a motion for summary judgment (D.E. 31), be denied and that Defendant's responsive brief, construed as a cross-motion for summary judgment (D.E. 35) be granted and that this action be dismissed. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 36), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff's brief, construed as a motion for summary judgment (D.E. 31) is **DENIED,** Defendant's responsive brief, construed as a cross-motion for summary judgment (D.E. 35) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.

ORDERED on February 15, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE